

MINUTES of MOTION HEARING
TUESDAY, JUNE 25, 2002 at 10:30 am
HONORABLE GARY L. SHARPE, PRESIDING
SYRACUSE, NEW YORK

CLERK: Judy L. Baugh
CD#:   2002-041



PEARLMAN,

            V.             3:01-CV-504 (TJM)(GLS)

COOPERSTOWN CENTRAL SCHOOL, ET AL.


Appearances:

<u>Bohl, Della Rocca Law Firm:</u> James B. Tuttle, Esq., for plaintiff

<u>Offices of Frank W. Miller:</u> Frank W. Miller, Esq., for defendants


<u>Rulings:</u> Judge Sharpe hears parties regarding the defendants [10-1] Motion to Compel; Motion to compel is Denied; No written Order to be issued; Parties discuss extensions to the UPSO; Judge Sharpe will issue an Amended Uniform Pretrial Scheduling Order.