MOTION #7 - BINGHAMTON MOTION DAY - 12/27/02
HONORABLE THOMAS J. McAVOY, DISTRICT JUDGE - PRESIDING
CLERK:     S. Potter
STENO:     V. Theleman
LC    :    D. Miller

10:00 AM     Court meets.

7.     DAVID PEARLMAN

       VS.                                            3:01-CV-504

       COOPERSTOWN CENTRAL SCHOOL
       DISTRICT, et al


       1.     DEFTS MOTION FOR SUMMARY JUDGMENT [29-1]

       2.     PLTF MOTION FOR SUMMARY JUDGMENT [39-1]

              ** TAKEN ON SUBMIT


              APPEARANCES:    None


10:30 AM     Court stands adjourned.