Served + entered 6/11/03 amj

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

*U.S. DISTRICT COURT - N.D. OF N.Y.*
**FILED**
JUN 11 2003
AT _____ O'CLOCK _____
Lawrence K. Baerman, Clerk - Binghamton

---

DAVID PEARLMAN

   vs.

COOPERSTOWN CENTRAL SCHOOL DISTRICT, ET AL

---

JUDGMENT IN A CIVIL CASE

**CASE NO.**   3:01-CV-504

____  **JURY VERDICT.**  This action came before this Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX**  **DECISION BY COURT.**  This action came to trial of hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that Defendants' Motion for Summary Judgment is **GRANTED**, and it is further

   **ORDERED** that Plaintiff's Cross-Motion for Summary Judgment is **DENIED**.

   All in accordance with Judge McAvoy's Decision and Order filed on June 11, 2003.


Dated:  June 11, 2003

LAWRENCE K. BAERMAN
Clerk of the Court

By:  Deputy Clerk