*Served*
*7/30/03*
*CML*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF NEW YORK

David Pearlman,

    Plaintiff
        v.

Cooperstown Central School District
and Mary Jo McPhail, Defendants

**BILL OF COSTS**

Case Number: 3:01-CV-504

*U.S. DISTRICT COURT - N.D. OF N.Y.*
**FILED**
JUL 30 2003
AT_____ O'CLOCK
Lawrence K. Baerman, Clerk - Binghamton

(62)

Judgment having been entered in the above entitled action on  06/11/03   against  Plaintiff
                                                              *Date*

the Clerk is requested to tax the following as costs:

Fees of the Clerk ................................................................. $_____

Fees for service of summons and subpoena ....................................... _____

Fees of the court reporter for all to any part of the transcript necessarily obtained for use in the case ....... $708.00   Ex. A

Fees and disbursements for printing .............................................. _____

Fees for witnesses (itemize on reverse side) ..................................... _____

Fees for exemplifications and copies of papers necessarily obtained for use in the case ................. $570.65   Ex. B

Docket fees under 28 U.S.C. 1923 ................................................ _____

Costs as shown on Mandate of Court of Appeals ................................. _____

Compensation of court-appointed experts ........................................ _____

Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ........... _____

Other costs (please itemize) ..................................................... $416.30   Ex. B

                                                      TOTAL  $ 1,694.95

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

---

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to  James B. Tuttle, Esq., attorney for the Plaintiff.

Signature of Attorney: _____

Name of Attorney:  Byron J. Babione, Esq.

For: Cooperstown Central School Dist. and Mary Jo    Date:  07/11/03
     McPhail    *Name of Clarifying Party*

Costs are taxed in the amount of  $ 1,694.95   and included in the judgment.

**LAWRENCE K. BAERMAN**                By: CMLigas                7/30/03
*Clerk of Court*                          *Deputy Clerk*          *Date*

March 3, 2002

TO:     Law Firm of FRANK W. MILLER, ESQ.
        6296 Fly Road
        East Syracuse 13057

FROM:   Kathleen Fennimore
        Court Reporter
        PO Box 107
        Little Falls 13365

            ID # 474481185

RE:     DAVID PEARLMAN vs
        COOPERSTOWN CENTRAL SCHOOL DISTRICT
        et al

Services Rendered

12/5/01  EBT DAVID PEARLMAN

        Orig. + 1 @ 100 pg x 3.50        $350.00

Thank you

FENNIMORE-COOPER REPORTING            (315) 823-4110

A

**TypeWrite Word Processing Service**
c/o Shari Riemer
356 Eltingville Boulevard
Staten Island, New York 10312
718-966-1401 * Fax 718-967-4843

| | DATE | INVOICE # |
|---|---|---|
| | 7/9/2002 | 5735 ND |

BILL TO:

Frank Miller, Esq.
6296 Fly Road
East Syracuse, New York 13057
315-234-9900

# Invoice

PREPARED BY:   J Baugh

JUDGE:   Gary L. Sharpe

REMARKS:   Ordinary

RE:   NDNY

DC#:

| HEARING DATE | 6/25/2002 |
|---|---|

| DATE ORDERED | 7/1/2002 |
|---|---|

| CASE NAME | CASE NO. | PAGES | PER PAGE | AMOUNT |
|---|---|---|---|---|
| Pearlman v. Cooperstown | 3:01-CV-504 | 15 | 3.00 | 45.00 |

THANK YOU!

## Total Due   $45.00

PAYMENT SHOULD BE MADE TO TYPEWRITE WORD PROCESSING SERVICE DIRECTLY TO THE ADDRESS ABOVE

TAX ID# 13-3467921



RECEIVED
OCT 0 5 2002



Frank W. Miller, Esq.
6296 Fly Road
East Syracuse, NY 13657

**INVOICE NO.**      **26843**
**INVOICE DATE:**   **10/03/2002**
**REPORTER:**
Susan Florio

*Pearlman v. Cooperstown CSD*
*David Pearlman, deponent*
*TRANSCRIPT RELEASED AFTER PAYMENT*

**ID#:** *14-1814497*

| Date | Description | Units | Rate | Amount |
|------|-------------|-------|------|--------|
| 9/11/2002 | Original and one copy | 80.00 | 3.85 | 308.00 |
| 10/03/2002 | Postage & handling | 1.00 | 5.00 | 5.00 |
| | | **Sub Total** | | 313.00 |
| | | **Paid** | | 0.00 |
| | | **Balance Due** | | 313.00 |

**TAX I.D. 14-1814497**

P.O. Box 12459 ▪ Albany, New York 12212-2459
Albany (518) 438-0126 ▪ Troy (518) 283-5064 ▪ Schenectady (518) 355-9216
Clifton Park (518) 383-1241 ▪ Fax (518) 446-0582

1.   Photocopies.......................................................................................$570.65

-----------------------------------------------------

2.   Postage............................................................................................$102.26

3.   Overnight Shipping ...........................................................................$18.54

4.   Facsimile Transmission ...................................................................$295.50
                                                            _____

                                   Total:......................$416.30

7/9/2003                         The Law Firm of Frank W. Miller
10:43 AM                                 Slip Listing                                    Page   1

---

## Selection Criteria

Slip.Date              1/1/2001 - 7/9/2003
Slip.Classification    Open
Client (hand select)   Include: UM.Cooper1 Pearlman
Slip.Transaction Typ   2 - 2

---

Rate Info - identifies rate source and level

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 3991              EXP<br>5/15/2001<br>Billed         G:10198       8/10/2001<br>Long Distance Telephone Charges  [E105] | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |
| 1922              EXP<br>5/22/2001<br>Billed         G:10198       8/10/2001<br>Long Distance Telephone Charges  [E110] | Frank W. Miller<br>Telephone<br>UM.Cooper1 Pearlm | 1 | 2.70 | 2.70 |
| 1850              EXP<br>5/29/2001<br>Billed         G:10198       8/10/2001<br>Long Distance Telephone Charges  [E105] | Frank W. Miller<br>Telephone<br>UM.Cooper1 Pearlm | 1 | 16.80 | 16.80 |
| 1770              EXP<br>5/31/2001<br>Billed         G:10198       8/10/2001<br>Photocopies  [E101] | Frank W. Miller<br>Photocopies<br>UM.Cooper1 Pearlm | 2 | 0.10 | 0.20 |
| 2816              EXP<br>6/15/2001<br>Billed         G:10198       8/10/2001<br>Long Distance Telephone Charges  [E105] | Frank W. Miller<br>Telephone<br>UM.Cooper1 Pearlm | 1 | 0.20 | 0.20 |

Slip Listing
Slip Listing

7/9/2003                              The Law Firm of Frank W. Miller
10:43 AM                                    Slip Listing                          Page       2
10.5.3.0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 3992<br>6/15/2001<br>Billed<br>Long Distance Telephone Charges [E105] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 3.60 | 3.60 |
| 2817<br>6/18/2001<br>Billed<br>Photocopies  [E101] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Photocopies<br>UM.Cooper1 Pearlm | 100 | 0.15 | 15.00 |
| 2823<br>6/19/2001<br>Billed<br>Fax [E104] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Fax<br>UM.Cooper1 Pearlm | 18 | 0.75<br><br>Do Not Bill | 13.50 |
| 2821<br>6/19/2001<br>Billed<br>Postage [E108] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Postage<br>UM.Cooper1 Pearlm | 1 | 0.76<br><br>Do Not Bill | 0.76 |
| 2820<br>6/19/2001<br>Billed<br>Postage [E108] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Postage<br>UM.Cooper1 Pearlm | 2 | 0.97<br><br>Do Not Bill | 1.94 |
| 2818<br>6/19/2001<br>Billed<br>Photocopies [E101] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Photocopies<br>UM.Cooper1 Pearlm | 4 | 0.15 | 0.60 |
| 2819<br>6/21/2001<br>Billed<br>Photocopies [E101] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Photocopies<br>UM.Cooper1 Pearlm | 31 | 0.15 | 4.65 |

Slip Listing
Slip Listing

7/9/2003                              The Law Firm of Frank W. Miller
10:43 AM                                    Slip Listing                              Page    3
10.5.3.0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 2822<br>6/22/2001<br>Billed<br>Postage  [E108] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Postage<br>UM.Cooper1 Pearlm | 2 | 0.97<br><br>Do Not Bill | 1.94 |
| 2824<br>6/22/2001<br>Billed<br>Postage  [E108] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 0.97<br><br>Do Not Bill | 1.94 |
| 3998<br>6/26/2001<br>Billed<br>Long Distance Telephone Charges  [E105] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 4.50 | 4.50 |
| 3147<br>7/6/2001<br>Billed<br>Photocopies  [E101] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 26 | 0.10 | 2.60 |
| 3167<br>7/6/2001<br>Billed<br>Fax  [E104] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 27 | 0.75<br><br>Do Not Bill | 20.25 |
| 3993<br>7/6/2001<br>Billed<br>Long Distance Telephone Charges  [E105] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 3 | 1.80 | 5.40 |
| 3999<br>7/9/2001<br>Billed<br>Long Distance Telephone Charges  [E105] | EXP<br><br>G:10198 | <br><br>8/10/2001 | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 2 | 1.80 | 3.60 |

Slip Listing
Slip Listing

7/9/2003                              The Law Firm of Frank W. Miller
10:43 AM                                    Slip Listing                          Page      4
10:5.3.0

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 3994      EXP 7/10/2001 Billed   G:10198   8/10/2001 Long Distance Telephone Charges [E105] | Frank W. Miller Telephone  Expense UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |
| 7336      EXP 7/10/2001 Billed   G:10385   11/14/2001 Long Distance Telephone Charges [E105] | Frank W. Miller Telephone  Expense UM.Cooper1 Pearlm | 1 | 4.64 | 4.64 |
| 4000      EXP 7/12/2001 Billed   G:10198   8/10/2001 Long Distance Telephone Charges [E105] | Frank W. Miller Telephone  Expense UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |
| 3995      EXP 7/26/2001 Billed   G:10198   8/10/2001 Long Distance Telephone Charges [E105] | Frank W. Miller Telephone  Expense UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |
| 3996      EXP 7/27/2001 Billed   G:10198   8/10/2001 Long Distance Telephone Charges [E105] | Frank W. Miller Telephone  Expense UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |
| 3997      EXP 7/30/2001 Billed   G:10198   8/10/2001 Long Distance Telephone Charges [E105] | Frank W. Miller Telephone  Expense UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |
| 4269      EXP 8/9/2001 Billed   G:10385   11/14/2001 Photocopies [E101] | Frank W. Miller Photocopies  Expens UM.Cooper1 Pearlm | 2 | 0.10 | 0.20 |

Slip Listing
Slip Listing

7/9/2003                          The Law Firm of Frank W. Miller
10:43 AM                                 Slip Listing                          Page      5
10.5.3.0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 4394 | EXP | | Frank W. Miller | 3 | 0.75 | 2.25 |
| 8/9/2001 | | | Facsimile | | | |
| Billed | G:10385 | 11/14/2001 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax  [E104] | | | | | | |
| 4649 | EXP | | Frank W. Miller | 1 | 0.34 | 0.34 |
| 8/9/2001 | | | Postage Expense | | | |
| Billed | G:10385 | 11/14/2001 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage  [E108] | | | | | | |
| 5009 | EXP | | Frank W. Miller | 1 | 0.34 | 0.34 |
| 8/30/2001 | | | Telephone  Expense | | | |
| Billed | G:10385 | 11/14/2001 | UM.Cooper1 Pearlm | | | |
| Long Distance Telephone Charges [E105] | | | | | | |
| 6707 | EXP | | Frank W. Miller | 1 | 0.14 | 0.14 |
| 9/10/2001 | | | Telephone  Expense | | | |
| Billed | G:10385 | 11/14/2001 | UM.Cooper1 Pearlm | | | |
| Long Distance Telephone Charges [E105] | | | | | | |
| 5962 | EXP | | Frank W. Miller | 3 | 0.75 | 2.25 |
| 9/25/2001 | | | Facsimile | | | |
| Billed | G:10385 | 11/14/2001 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax  [E104] | | | | | | |
| 5894 | EXP | | Frank W. Miller | 1 | 0.34 | 0.34 |
| 9/25/2001 | | | Postage Expense | | | |
| Billed | G:10385 | 11/14/2001 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage  [E108] | | | | | | |
| 5785 | EXP | | Frank W. Miller | 2 | 0.10 | 0.20 |
| 9/25/2001 | | | Photocopies  Expens | | | |
| Billed | G:10385 | 11/14/2001 | UM.Cooper1 Pearlm | | | |
| Photocopies  [E101] | | | | | | |

Slip Listing
Slip Listing

7/9/2003                              The Law Firm of Frank W. Miller
10:43 AM                                    Slip Listing                          Page      6
10.5.3.0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 5964<br>9/26/2001<br>Billed<br>Fax  [E104] | EXP<br><br>G:10385 | <br><br>11/14/2001 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 3 | 0.75<br><br>Do Not Bill | 2.25 |
| 7295<br>10/10/2001<br>Billed<br>Long Distance Telephone Charges [E105] | EXP<br><br>G:10385 | <br><br>11/14/2001 | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 0.98 | 0.98 |
| 6832<br>10/26/2001<br>Billed<br>Photocopies  [E101] | EXP<br><br>G:10385 | <br><br>11/14/2001 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 4 | 0.10 | 0.40 |
| 6988<br>10/26/2001<br>Billed<br>Fax  [E104] | EXP<br><br>G:10385 | <br><br>11/14/2001 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 3 | 0.75<br><br>Do Not Bill | 2.25 |
| 7017<br>10/26/2001<br>Billed<br>Postage  [E108] | EXP<br><br>G:10385 | <br><br>11/14/2001 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 0.34<br><br>Do Not Bill | 0.68 |
| 6991<br>10/29/2001<br>Billed<br>Fax  [E104] | EXP<br><br>G:10385 | <br><br>11/14/2001 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 3 | 0.75<br><br>Do Not Bill | 2.25 |
| 7968<br>11/10/2001<br>Billed<br>Long Distance Telephone Charges [E105] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 1.14 | 1.14 |

Slip Listing
Slip Listing

7/9/2003
10:43 AM
10.5.3.0

The Law Firm of Frank W. Miller

Slip Listing                                    Page      7

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 8307<br>11/23/2001<br>Billed<br>Photocopies [E101] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 170 | 0.10 | 17.00 |
| 8095<br>11/28/2001<br>Billed<br>Postage [E108] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 0.34<br><br>Do Not Bill | 0.34 |
| 8096<br>11/28/2001<br>Billed<br>Postage [E108] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 3.95<br><br>Do Not Bill | 3.95 |
| 8156<br>11/28/2001<br>Billed<br>Fax [E104] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 3 | 0.75<br><br>Do Not Bill | 2.25 |
| 8308<br>11/28/2001<br>Billed<br>Photocopies [E101] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 3 | 0.10 | 0.30 |
| 9143<br>12/3/2001<br>Billed<br>Tolls [E110] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Travel/ Tolls<br>UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |
| 9142<br>12/3/2001<br>Billed<br>Mileage [E110] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Mileage  E110<br>UM.Cooper1 Pearlm | 180 | 0.345 | 62.10 |

Slip Listing
Slip Listing

7/9/2003                           The Law Firm of Frank W. Miller
10:43 AM
10.5.3.0                                    Slip Listing                                        Page      8

| Slip ID Dates and Time Posting Status Description | | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 9144 12/3/2001 Billed Meals [E111] | EXP G:10028 | 2/12/2002 | Frank W. Miller Meals Expense UM.Cooper1 Pearlm | 1 | 5.48 | 5.48 |
| 9145 12/5/2001 Billed Mileage [E110] | EXP G:10028 | 2/12/2002 | Frank W. Miller Mileage E110 UM.Cooper1 Pearlm | 180 | 0.345 | 62.10 |
| 9146 12/5/2001 Billed Tolls [E110] | EXP G:10028 | 2/12/2002 | Frank W. Miller Travel/ Tolls UM.Cooper1 Pearlm | 1 | 1.05 | 1.05 |
| 9147 12/5/2001 Billed Tolls [E110] | EXP G:10028 | 2/12/2002 | Frank W. Miller Travel/ Tolls UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |
| 9148 12/5/2001 Billed Meals [E111] | EXP G:10028 | 2/12/2002 | Frank W. Miller Meals Expense UM.Cooper1 Pearlm | 1 | 7.10 | 7.10 |
| 9149 12/5/2001 Billed Meals [E111] | EXP G:10028 | 2/12/2002 | Frank W. Miller Meals Expense UM.Cooper1 Pearlm | 1 | 20.09 | 20.09 |
| 9177 12/10/2001 Billed Long Distance Telephone Charges [E105] | EXP G:10028 | 2/12/2002 | Frank W. Miller Telephone Expense UM.Cooper1 Pearlm | 1 | 2.20 | 2.20 |

Slip Listing
Slip Listing

7/9/2003                                           The Law Firm of Frank W. Miller
10:43 AM                                                 Slip Listing                                    Page      9
10.5.3.0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 9094<br>12/18/2001<br>Billed<br>Photocopies [E101] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 4 | 0.10 | 0.40 |
| 9020<br>12/18/2001<br>Billed<br>Postage [E108] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 0.34<br><br>Do Not Bill | 0.68 |
| 8777<br>12/18/2001<br>Billed<br>Fax [E104] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 2 | 0.75<br><br>Do Not Bill | 1.50 |
| 9799<br>1/4/2002<br>Billed<br>Fax [E104] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 8 | 0.75<br><br>Do Not Bill | 6.00 |
| 10672<br>1/10/2002<br>Billed<br>Long Distance Telephone Charges [E105] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 0.39 | 0.39 |
| 10275<br>1/29/2002<br>Billed<br>Postage [E108] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 0.34<br><br>Do Not Bill | 0.68 |
| 10298<br>1/29/2002<br>Billed<br>Fax [E104] | EXP<br><br>G:10028 | <br><br>2/12/2002 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 3 | 0.75<br><br>Do Not Bill | 2.25 |

Slip Listing
Slip Listing

7/9/2003                                      The Law Firm of Frank W. Miller
10:43 AM                                              Slip Listing                                    Page    10
10.5.3.0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 10338     EXP<br>1/29/2002<br>Billed    G:10028    2/12/2002<br>Photocopies [E101] | Frank W. Miller<br>Photocopies Expens<br>UM.Cooper1 Pearlm | 4 | 0.10 | 0.40 |
| 10276     EXP<br>1/31/2002<br>Billed    G:10028    2/12/2002<br>Postage [E108] | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 3.95<br><br>Do Not Bill | 3.95 |
| 10339     EXP<br>1/31/2002<br>Billed    G:10028    2/12/2002<br>Photocopies [E101] | Frank W. Miller<br>Photocopies Expens<br>UM.Cooper1 Pearlm | 1 | 0.10 | 0.10 |
| 11880     EXP<br>2/10/2002<br>Billed    G:10110    4/12/2002<br>Long Distance Telephone Charges [E105] | Frank W. Miller<br>Telephone Expense<br>UM.Cooper1 Pearlm | 1 | 1.86 | 1.86 |
| 11740     EXP<br>2/15/2002<br>Billed    G:10110    4/12/2002<br>Fax [E104] | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 4 | 0.75<br><br>Do Not Bill | 3.00 |
| 11564     EXP<br>2/15/2002<br>Billed    G:10110    4/12/2002<br>Photocopies [E101] | Frank W. Miller<br>Photocopies Expens<br>UM.Cooper1 Pearlm | 8 | 0.10 | 0.80 |
| 11334     EXP<br>2/15/2002<br>Billed    G:10110    4/12/2002<br>Postage [E108] | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 0.34<br><br>Do Not Bill | 0.68 |

Slip Listing
Slip Listing

7/9/2003                    The Law Firm of Frank W. Miller
10:43 AM
10.5.3.0                           Slip Listing                          Page    11

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|
| 11333          EXP<br>2/15/2002<br>Billed        G:10110    4/12/2002<br>Postage [E108] | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 3.95<br><br>Do Not Bill | 3.95 |
| 11335          EXP<br>2/21/2002<br>Billed        G:10110    4/12/2002<br>Postage [E108] | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 0.34<br><br>Do Not Bill | 0.34 |
| 11565          EXP<br>2/21/2002<br>Billed        G:10110    4/12/2002<br>Photocopies [E101] | Frank W. Miller<br>Photocopies Expens<br>UM.Cooper1 Pearlm | 1 | 0.10 | 0.10 |
| 13109          EXP<br>3/12/2002<br>Billed        G:10110    4/12/2002<br>Long Distance Telephone Charges [E105] | Frank W. Miller<br>Telephone Expense<br>UM.Cooper1 Pearlm | 1 | 2.05 | 2.05 |
| 12165          EXP<br>3/18/2002<br>Billed        G:10110    4/12/2002<br>Postage [E108] | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 1.26<br><br>Do Not Bill | 1.26 |
| 12183          EXP<br>3/18/2002<br>Billed        G:10110    4/12/2002<br>Postage [E108] | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 3.95<br><br>Do Not Bill | 7.90 |
| 12890          EXP<br>3/18/2002<br>Billed        G:10110    4/12/2002<br>Photocopies [E101] | Frank W. Miller<br>Photocopies Expens<br>UM.Cooper1 Pearlm | 448 | 0.10 | 44.80 |

Slip Listing
Slip Listing

7/9/2003                          The Law Firm of Frank W. Miller
10:43 AM                                Slip Listing                          Page    12
10.5.3.0

| Slip ID | | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| 12285 | EXP | | Frank W. Miller | 18 | 0.75 | 13.50 |
| 3/19/2002 | | | Facsimile | | | |
| Billed | G:10110 | 4/12/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax  [E104] | | | | | | |
| 12740 | EXP | | Frank W. Miller | 4 | 0.75 | 3.00 |
| 3/29/2002 | | | Facsimile | | | |
| Billed | G:10110 | 4/12/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax  [E104] | | | | | | |
| 12864 | EXP | | Frank W. Miller | 2 | 0.34 | 0.68 |
| 3/29/2002 | | | Postage Expense | | | |
| Billed | G:10110 | 4/12/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage  [E108] | | | | | | |
| 12891 | EXP | | Frank W. Miller | 2 | 0.10 | 0.20 |
| 3/29/2002 | | | Photocopies  Expens | | | |
| Billed | G:10110 | 4/12/2002 | UM.Cooper1 Pearlm | | | |
| Photocopies [E101] | | | | | | |
| 13762 | EXP | | Frank W. Miller | 1 | 0.36 | 0.36 |
| 4/23/2002 | | | Telephone  Expense | | | |
| Billed | G:10237 | 7/22/2002 | UM.Cooper1 Pearlm | | | |
| Long Distance Telephone Charges [E105] | | | | | | |
| 14599 | EXP | | Frank W. Miller | 23 | 0.10 | 2.30 |
| 5/7/2002 | | | Photocopies  Expens | | | |
| Billed | G:10237 | 7/22/2002 | UM.Cooper1 Pearlm | | | |
| Photocopies  [E101] | | | | | | |
| 14664 | EXP | | Frank W. Miller | 4 | 0.75 | 3.00 |
| 5/7/2002 | | | Facsimile | | | |
| Billed | G:10237 | 7/22/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax  [E104] | | | | | | |

Slip Listing
Slip Listing

7/9/2003                         The Law Firm of Frank W. Miller
10:43 AM                                   Slip Listing                                    Page    13
10.5.3.0

| Slip ID Dates and Time Posting Status Description | | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 14534 5/7/2002 Billed Postage [E108] | EXP  G:10237 | 7/22/2002 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 1 | 0.57  Do Not Bill | 0.57 |
| 14535 5/7/2002 Billed Postage [E108] | EXP  G:10237 | 7/22/2002 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 3 | 0.34  Do Not Bill | 1.02 |
| 15531 5/10/2002 Billed Long Distance Telephone Charges [E105] | EXP  G:10237 | 7/22/2002 | Frank W. Miller Telephone  Expense UM.Cooper1 Pearlm | 1 | 1.08 | 1.08 |
| 15358 5/29/2002 Billed Fax [E104] | EXP  G:10237 | 7/22/2002 | Frank W. Miller Facsimile UM.Cooper1 Pearlm | 3 | 0.75  Do Not Bill | 2.25 |
| 15412 5/29/2002 Billed Photocopies [E101] | EXP  G:10237 | 7/22/2002 | Frank W. Miller Photocopies  Expens UM.Cooper1 Pearlm | 4 | 0.10 | 0.40 |
| 15461 5/29/2002 Billed Postage [E108] | EXP  G:10237 | 7/22/2002 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 2 | 0.34  Do Not Bill | 0.68 |
| 16525 6/25/2002 Billed Mileage [E110] | EXP  G:10237 | 7/22/2002 | Frank W. Miller Mileage  E110 UM.Cooper1 Pearlm | 12 | 0.345  Do Not Bill | 4.14 |

Slip Listing
Slip Listing

7/9/2003                        The Law Firm of Frank W. Miller
10:43 AM
10.5.3.0                                Slip Listing                                 Page    14

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 16526<br>6/25/2002<br>Billed<br>Parking  [E110] | EXP<br><br>G:10237 | <br><br>7/22/2002 | Frank W. Miller<br>Travel / Parking<br>UM.Cooper1 Pearlm | 1 | 4.50<br><br>Do Not Bill | 4.50 |
| 16361<br>6/26/2002<br>Billed<br>Postage  [E108] | EXP<br><br>G:10237 | <br><br>7/22/2002 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 0.34<br><br>Do Not Bill | 0.34 |
| 16390<br>6/26/2002<br>Billed<br>Photocopies  [E101] | EXP<br><br>G:10237 | <br><br>7/22/2002 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 3 | 0.10 | 0.30 |
| 16564<br>6/26/2002<br>Billed<br>Fax  [E104] | EXP<br><br>G:10237 | <br><br>7/22/2002 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 3 | 0.75<br><br>Do Not Bill | 2.25 |
| 16565<br>6/27/2002<br>Billed<br>Fax  [E104] | EXP<br><br>G:10237 | <br><br>7/22/2002 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 4 | 0.75<br><br>Do Not Bill | 3.00 |
| 17410<br>7/10/2002<br>Billed<br>Long Distance Telephone Charges  [E105] | EXP<br><br>G:10377 | <br><br>10/24/2002 | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 2.21 | 2.21 |
| 17091<br>7/15/2002<br>Billed<br>Photocopies  [E101] | EXP<br><br>G:10377 | <br><br>10/24/2002 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 2 | 0.10 | 0.20 |

Slip Listing
Slip Listing

7/9/2003                        The Law Firm of Frank W. Miller
10:43 AM                             Slip Listing                    Page    15
10.5.3.0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 17207<br>7/15/2002<br>Billed<br>Fax  [E104] | EXP<br><br>G:10377 | <br><br>10/24/2002 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 3 | 0.75<br><br>Do Not Bill | 2.25 |
| 17339<br>7/26/2002<br>Billed<br>Postage  [E108] | EXP<br><br>G:10377 | <br><br>10/24/2002 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 3 | 0.37<br><br>Do Not Bill | 1.11 |
| 17208<br>7/26/2002<br>Billed<br>Fax  [E104] | EXP<br><br>G:10377 | <br><br>10/24/2002 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 6 | 0.75<br><br>Do Not Bill | 4.50 |
| 17092<br>7/26/2002<br>Billed<br>Photocopies [E101] | EXP<br><br>G:10377 | <br><br>10/24/2002 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 10 | 0.10 | 1.00 |
| 17505<br>8/5/2002<br>Billed<br>Fax  [E104] | EXP<br><br>G:10377 | <br><br>10/24/2002 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 3 | 0.75<br><br>Do Not Bill | 2.25 |
| 17555<br>8/5/2002<br>Billed<br>Photocopies [E101] | EXP<br><br>G:10377 | <br><br>10/24/2002 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 4 | 0.10 | 0.40 |
| 17635<br>8/5/2002<br>Billed<br>Postage  [E108] | EXP<br><br>G:10377 | <br><br>10/24/2002 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 0.37<br><br>Do Not Bill | 0.74 |

The text content

Slip Listing
Slip Listing

7/9/2003                    The Law Firm of Frank W. Miller
10:43 AM                          Slip Listing                    Page    16
10.5.3.0

| Slip ID Dates and Time Posting Status Description | | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 17506 8/6/2002 Billed Fax [E104] | EXP G:10377 | 10/24/2002 | Frank W. Miller Facsimile UM.Cooper1 Pearlm | 2 | 0.75 Do Not Bill | 1.50 |
| 17556 8/6/2002 Billed Photocopies [E101] | EXP G:10377 | 10/24/2002 | Frank W. Miller Photocopies Expens UM.Cooper1 Pearlm | 3 | 0.10 | 0.30 |
| 17643 8/6/2002 Billed Postage [E108] | EXP G:10377 | 10/24/2002 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 2 | 0.37 Do Not Bill | 0.74 |
| 17517 8/8/2002 Billed Fax [E104] | EXP G:10377 | 10/24/2002 | Frank W. Miller Facsimile UM.Cooper1 Pearlm | 5 | 0.75 Do Not Bill | 3.75 |
| 17557 8/8/2002 Billed Photocopies [E101] | EXP G:10377 | 10/24/2002 | Frank W. Miller Photocopies Expens UM.Cooper1 Pearlm | 4 | 0.10 | 0.40 |
| 17644 8/8/2002 Billed Postage [E108] | EXP G:10377 | 10/24/2002 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 3 | 0.37 Do Not Bill | 1.11 |
| 18133 8/15/2002 Billed Long Distance Telephone Charges [E105] | EXP G:10377 | 10/24/2002 | Frank W. Miller Telephone Expense UM.Cooper1 Pearlm | 1 | 3.80 | 3.80 |

Slip Listing
Slip Listing

7/9/2003
10:43 AM
10.5.3.0

The Law Firm of Frank W. Miller
Slip Listing

Page    17

| Slip ID Dates and Time Posting Status Description | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|
| 17518 EXP 8/16/2002 Billed G:10377 10/24/2002 Fax [E104] | Frank W. Miller Facsimile UM.Cooper1 Pearlm | 2 | 0.75 Do Not Bill | 1.50 |
| 17558 EXP 8/16/2002 Billed G:10377 10/24/2002 Photocopies [E101] | Frank W. Miller Photocopies Expens UM.Cooper1 Pearlm | 5 | 0.10 | 0.50 |
| 17636 EXP 8/16/2002 Billed G:10377 10/24/2002 Postage [E108] | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 4 | 0.37 Do Not Bill | 1.48 |
| 19602 EXP 9/10/2002 Billed G:10377 10/24/2002 Long Distance Telephone Charges [E105] | Frank W. Miller Telephone Expense UM.Cooper1 Pearlm | 1 | 7.44 | 7.44 |
| 19447 EXP 9/11/2002 Billed G:10377 10/24/2002 Mileage [E110] | Frank W. Miller Mileage E110 UM.Cooper1 Pearlm | 180 | 0.345 | 62.10 |
| 19448 EXP 9/11/2002 Billed G:10377 10/24/2002 Meals [E111] | Frank W. Miller Meals Expense UM.Cooper1 Pearlm | 1 | 24.81 | 24.81 |
| 19446 EXP 9/11/2002 Billed G:10377 10/24/2002 Tolls-EZPass [E110] | Frank W. Miller Tolls-EZPass [E110] UM.Cooper1 Pearlm | 2 | 1.80 | 3.60 |

Slip Listing
Slip Listing
7/9/2003                          The Law Firm of Frank W. Miller
10:43 AM                                Slip Listing                        Page    18
10:5.3.0

| Slip ID | | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| 18719 | EXP | | Frank W. Miller | 1 | 0.10 | 0.10 |
| 9/12/2002 | | | Photocopies  Expens | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | | |
| Photocopies  [E101] | | | | | | |
| 19450 | EXP | | Frank W. Miller | 2 | 1.80 | 3.60 |
| 9/12/2002 | | | Tolls-EZPass  [E110] | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | | |
| Tolls-EZPass  [E110] | | | | | | |
| 19449 | EXP | | Frank W. Miller | 1 | 26.36 | 26.36 |
| 9/12/2002 | | | Meals Expense | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | | |
| Meals  [E111] | | | | | | |
| 18854 | EXP | | Frank W. Miller | 3 | 0.37 | 1.11 |
| 9/12/2002 | | | Postage Expense | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage  [E108] | | | | | | |
| 19451 | EXP | | Frank W. Miller | 180 | 0.345 | 62.10 |
| 9/12/2002 | | | Mileage  E110 | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | | |
| Mileage  [E110] | | | | | | |
| 18592 | EXP | | Frank W. Miller | 2 | 0.75 | 1.50 |
| 9/12/2002 | | | Facsimile | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax  [E104] | | | | | | |
| 18593 | EXP | | Frank W. Miller | 5 | 0.75 | 3.75 |
| 9/18/2002 | | | Facsimile | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax  [E104] | | | | | | |

Slip Listing
Slip Listing

7/9/2003                              The Law Firm of Frank W. Miller
10:43 AM                                    Slip Listing                          Page    19
10:5.3.0

| Slip ID | | | Timekeeper | Units | Rate | Slip Value |
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
|---|---|---|---|---|---|---|
| 18855 | EXP | | Frank W. Miller | 3 | 0.37 | 1.11 |
| 9/18/2002 | | | Postage Expense | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage [E108] | | | | | | |
| 18720 | EXP | | Frank W. Miller | 8 | 0.10 | 0.80 |
| 9/18/2002 | | | Photocopies Expens | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | | |
| Photocopies [E101] | | | | | | |
| 18594 | EXP | | Frank W. Miller | 9 | 0.75 | 6.75 |
| 9/19/2002 | | | Facsimile | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax [E104] | | | | | | |
| 18739 | EXP | | Frank W. Miller | 5 | 0.10 | 0.50 |
| 9/24/2002 | | | Photocopies Expens | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | | |
| Photocopies [E101] | | | | | | |
| 18610 | EXP | | Frank W. Miller | 6 | 0.75 | 4.50 |
| 9/24/2002 | | | Facsimile | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax [E104] | | | | | | |
| 18856 | EXP | | Frank W. Miller | 1 | 0.37 | 0.37 |
| 9/24/2002 | | | Postage Expense | | | |
| Billed | G:10377 | 10/24/2002 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage [E108] | | | | | | |
| 19690 | EXP | | Frank W. Miller | 76 | 0.10 | 7.60 |
| 10/2/2002 | | | Photocopies Expens | | | |
| Billed | G:10539 | 1/23/2003 | UM.Cooper1 Pearlm | | | |
| Photocopies | | | | | | |

Slip Listing
Slip Listing

7/9/2003                         The Law Firm of Frank W. Miller
10:43 AM
10:5.3.0                                  Slip Listing                           Page    20

| Slip ID Dates and Time Posting Status Description | | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 19894 10/7/2002 Billed Fax | EXP G:10712 | 5/1/2003 | Frank W. Miller Facsimile UM.Cooper1 Pearlm | 3 | 0.75 Do Not Bill | 2.25 |
| 19987 10/7/2002 Billed Postage | EXP G:10712 | 5/1/2003 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 1 | 5.85 Do Not Bill | 5.85 |
| 19702 10/7/2002 Billed Photocopies | EXP G:10539 | 1/23/2003 | Frank W. Miller Photocopies  Expens UM.Cooper1 Pearlm | 343 | 0.10 | 34.30 |
| 19709 10/8/2002 Billed Photocopies | EXP G:10539 | 1/23/2003 | Frank W. Miller Photocopies  Expens UM.Cooper1 Pearlm | 104 | 0.10 | 10.40 |
| 19895 10/8/2002 Billed Fax | EXP G:10712 | 5/1/2003 | Frank W. Miller Facsimile UM.Cooper1 Pearlm | 36 | 0.75 Do Not Bill | 27.00 |
| 19988 10/8/2002 Billed | EXP G:10712 | 5/1/2003 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 2 | 1.75 Do Not Bill | 3.50 |

Postage

19528          EXP                     Frank W. Miller

Slip Listing
Slip Listing

7/9/2003                              The Law Firm of Frank W. Miller
10:43 AM
10:5.3:0                                    Slip Listing                              Page    21

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 19703<br>10/18/2002<br>Billed<br>Photocopies | EXP<br><br>G:10539 | <br><br>1/23/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 1590 | 0.10 | 159.00 |
| 20059<br>10/28/2002<br>Billed<br>Photocopies | EXP<br><br>G:10539 | <br><br>1/23/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 535 | 0.10 | 53.50 |
| 20060<br>10/29/2002<br>Billed<br>Photocopies | EXP<br><br>G:10539 | <br><br>1/23/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 400 | 0.10 | 40.00 |
| 20061<br>10/30/2002<br>Billed<br>Photocopies | EXP<br><br>G:10539 | <br><br>1/23/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 8 | 0.10 | 0.80 |
| 20047<br>10/31/2002<br>Billed<br>Postage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 0.37<br><br>Do Not Bill | 0.74 |
| 20048<br>10/31/2002<br>Billed<br>Postage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 7.35<br><br>Do Not Bill | 7.35 |
| 20062<br>10/31/2002<br>Billed<br>Photocopies | EXP<br><br>G:10539 | <br><br>1/23/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 202 | 0.10 | 20.20 |

Slip Listing
Slip Listing

7/9/2003                    The Law Firm of Frank W. Miller
10:43 AM                           Slip Listing                    Page    22
10.5.3.0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 20096 | EXP | | Frank W. Miller | 44 | 0.75 | 33.00 |
| 10/31/2002 | | | Facsimile | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax | | | | | | |
| 20575 | EXP | | Frank W. Miller | 1 | 18.54 | 18.54 |
| 10/31/2002 | | | Postage Expense | | | |
| Billed | G:10539 | 1/23/2003 | UM.Cooper1 Pearlm | | | |
| Fed Ex Shipping, billable postage per Joseph<br>Sbardella. | | | | | | |
| 21324 | EXP | | Frank W. Miller | 14 | 0.10 | 1.40 |
| 11/4/2002 | | | Photocopies  Expens | | | |
| Billed | G:10539 | 1/23/2003 | UM.Cooper1 Pearlm | | | |
| Photocopies | | | | | | |
| 21325 | EXP | | Frank W. Miller | 26 | 0.10 | 2.60 |
| 11/4/2002 | | | Photocopies  Expens | | | |
| Billed | G:10539 | 1/23/2003 | UM.Cooper1 Pearlm | | | |
| Photocopies | | | | | | |
| 21257 | EXP | | Frank W. Miller | 5 | 0.75 | 3.75 |
| 11/4/2002 | | | Facsimile | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax | | | | | | |
| 21111 | EXP | | Frank W. Miller | 1 | 7.35 | 7.35 |
| 11/4/2002 | | | Postage Expense | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage | | | | | | |
| 21110 | EXP | | Frank W. Miller | 1 | 0.60 | 0.60 |
| 11/4/2002 | | | Postage Expense | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage | | | | | | |

Slip Listing
Slip Listing

7/9/2003                           The Law Firm of Frank W. Miller
10:43 AM                                 Slip Listing                              Page    23
10:5.3.0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 21258<br>11/5/2002<br>Billed<br>Fax | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 3 | 0.75<br><br>Do Not Bill | 2.25 |
| 21327<br>11/18/2002<br>Billed<br>Photocopies | EXP<br><br>G:10539 | <br><br>1/23/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 140 | 0.10 | 14.00 |
| 21326<br>11/18/2002<br>Billed<br>Photocopies | EXP<br><br>G:10539 | <br><br>1/23/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 29 | 0.10 | 2.90 |
| 21113<br>11/18/2002<br>Billed<br>Postage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 1.98<br><br>Do Not Bill | 1.98 |
| 21115<br>11/18/2002<br>Billed<br>Postage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 3.13<br><br>Do Not Bill | 3.13 |
| 21114<br>11/18/2002<br>Billed<br>Postage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 2.21<br><br>Do Not Bill | 2.21 |
| 21112<br>11/18/2002<br>Billed<br>Postage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 0.37<br><br>Do Not Bill | 0.37 |

Slip Listing
Slip Listing

7/9/2003                           The Law Firm of Frank W. Miller
10:43 AM                                  Slip Listing                              Page    25
10:5.3:0

| Slip ID | | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| 21119 | EXP | | Frank W. Miller | 1 | 3.85 | 3.85 |
| 11/27/2002 | | | Postage Expense | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage | | | | | | |
| 21118 | EXP | | Frank W. Miller | 1 | 8.40 | 8.40 |
| 11/27/2002 | | | Postage Expense | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage | | | | | | |
| 21121 | EXP | | Frank W. Miller | 1 | 1.75 | 1.75 |
| 11/27/2002 | | | Postage Expense | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage | | | | | | |
| 21120 | EXP | | Frank W. Miller | 1 | 0.37 | 0.37 |
| 11/27/2002 | | | Postage Expense | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage | | | | | | |
| 22319 | EXP | | Frank W. Miller | 30 | 0.75 | 22.50 |
| 12/3/2002 | | | Facsimile | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax | | | | | | |
| 22165 | EXP | | Frank W. Miller | 1 | 1.78 | 1.78 |
| 12/10/2002 | | | Telephone Expense | | | |
| Billed | G:10539 | 1/23/2003 | UM.Cooper1 Pearlm | | | |
| Long Distance Telephone Charges | | | | | | |
| 22033 | EXP | | Frank W. Miller | 1 | 0.10 | 0.10 |
| 12/16/2002 | | | Photocopies Expens | | | |
| Billed | G:10539 | 1/23/2003 | UM.Cooper1 Pearlm | | | |
| Photocopies | | | | | | |

Slip Listing
Slip Listing

Slip Listing

7/9/2003                          The Law Firm of Frank W. Miller
10:43 AM                                Slip Listing                              Page    26
10:5.3:0

| Slip ID Dates and Time Posting Status Description | | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 22320 12/16/2002 Billed Fax | EXP G:10712 | 5/1/2003 | Frank W. Miller Facsimile UM.Cooper1 Pearlm | 2 | 0.75 Do Not Bill | 1.50 |
| 22934 12/16/2002 Billed Postage | EXP G:10712 | 5/1/2003 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 1 | 0.37 Do Not Bill | 0.37 |
| 24213 1/21/2003 Billed Mileage. | EXP G:10712 | 5/1/2003 | Frank W. Miller Travel/mileage UM.Cooper1 Pearlm | 180 | 0.345 | 62.10 |
| 24215 1/21/2003 Billed Meals | EXP G:10712 | 5/1/2003 | Frank W. Miller Meals Expense UM.Cooper1 Pearlm | 1 | 2.61 | 2.61 |
| 24214 1/21/2003 Billed Tolls. | EXP G:10712 | 5/1/2003 | Frank W. Miller Travel/mileage UM.Cooper1 Pearlm | 2 | 1.80 | 3.60 |
| 23488 1/24/2003 Billed Postage | EXP G:10712 | 5/1/2003 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 3 | 0.83 Do Not Bill | 2.49 |
| 23497 1/24/2003 Billed Photocopies | EXP G:10712 | 5/1/2003 | Frank W. Miller Photocopies  Expens UM.Cooper1 Pearlm | 24 | 0.10 | 2.40 |

Slip Listing
Slip Listing
7/9/2003                              The Law Firm of Frank W. Miller
10:43 AM                                    Slip Listing                              Page    27
10.5.3.0

| Slip ID | | | Timekeeper | Units | Rate | Slip Value |
|---|---|---|---|---|---|---|
| Dates and Time | | | Activity | DNB Time | Rate Info | |
| Posting Status | | | Client | Est. Time | Bill Status | |
| Description | | | Reference | Variance | | |
| 23487 | EXP | | Frank W. Miller | 1 | 0.37 | 0.37 |
| 1/24/2003 | | | Postage Expense | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Postage | | | | | | |
| 23399 | EXP | | Frank W. Miller | 4 | 0.75 | 3.00 |
| 1/24/2003 | | | Facsimile | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax | | | | | | |
| 23459 | EXP | | Frank W. Miller | 9 | 0.75 | 6.75 |
| 1/27/2003 | | | Facsimile | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | Do Not Bill | |
| Fax | | | | | | |
| 24178 | EXP | | Frank W. Miller | 17 | 0.10 | 1.70 |
| 1/30/2003 | | | Photocopies  Expens | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | | |
| Photocopies | | | | | | |
| 24821 | EXP | | Frank W. Miller | 6 | 0.10 | 0.60 |
| 2/3/2003 | | | Photocopies  Expens | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | | |
| Photocopies | | | | | | |
| 25504 | EXP | | Byron J. Babione | 1 | 2.20 | 2.20 |
| 2/4/2003 | | | Meals Expense | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | | |
| Meals | | | | | | |
| 25502 | EXP | | Byron J. Babione | 1 | 1.85 | 1.85 |
| 2/4/2003 | | | Travel/mileage | | | |
| Billed | G:10712 | 5/1/2003 | UM.Cooper1 Pearlm | | | |
| Tolls | | | | | | |

Slip Listing
Slip Listing

7/9/2003                         The Law Firm of Frank W. Miller
10:43 AM                              Slip Listing                          Page    28
10:5.3:0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 25501<br>2/4/2003<br>Billed<br>Tolls | EXP<br><br>G:10712 | <br><br>5/1/2003 | Byron J. Babione<br>Travel/mileage<br>UM.Cooper1 Pearlm | 1 | 1.85 | 1.85 |
| 25500<br>2/4/2003<br>Billed<br>Mileage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Byron J. Babione<br>Travel/mileage<br>UM.Cooper1 Pearlm | 180 | 0.345 | 62.10 |
| 24822<br>2/4/2003<br>Billed<br>Photocopies | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 25 | 0.10 | 2.50 |
| 25503<br>2/4/2003<br>Billed<br>Meals | EXP<br><br>G:10712 | <br><br>5/1/2003 | Byron J. Babione<br>Meals Expense<br>UM.Cooper1 Pearlm | 1 | 1.09 | 1.09 |
| 25507<br>2/5/2003<br>Billed<br>Tolls. | EXP<br><br>G:10712 | <br><br>5/1/2003 | Byron J. Babione<br>Travel/mileage<br>UM.Cooper1 Pearlm | 1 | 1.45 | 1.45 |
| 25506<br>2/5/2003<br>Billed<br>Tolls. | EXP<br><br>G:10712 | <br><br>5/1/2003 | Byron J. Babione<br>Travel/mileage<br>UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |
| 25505<br>2/5/2003<br>Billed<br>Mileage. | EXP<br><br>G:10712 | <br><br>5/1/2003 | Byron J. Babione<br>Travel/mileage<br>UM.Cooper1 Pearlm | 180 | 0.345 | 62.10 |

Slip Listing
Slip Listing

7/9/2003                          The Law Firm of Frank W. Miller
10:43 AM
10.5.3.0                                Slip Listing                          Page      29

| Slip ID Dates and Time Posting Status Description | | | Timekeeper Activity Client Reference | Units DNB Time Est. Time Variance | Rate Rate Info Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 25508 2/5/2003 Billed Meals | EXP  G:10712 | 5/1/2003 | Byron J. Babione Meals Expense UM.Cooper1 Pearlm | 1 | 2.15 | 2.15 |
| 24505 2/6/2003 Billed Postage | EXP  G:10712 | 5/1/2003 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 3 | 0.37  Do Not Bill | 1.11 |
| 24823 2/7/2003 Billed Photocopies | EXP  G:10712 | 5/1/2003 | Frank W. Miller Photocopies  Expens UM.Cooper1 Pearlm | 2 | 0.10 | 0.20 |
| 24426 2/7/2003 Billed Fax | EXP  G:10712 | 5/1/2003 | Frank W. Miller Facsimile UM.Cooper1 Pearlm | 2 | 0.75  Do Not Bill | 1.50 |
| 24506 2/7/2003 Billed Postage | EXP  G:10712 | 5/1/2003 | Frank W. Miller Postage Expense UM.Cooper1 Pearlm | 1 | 0.37  Do Not Bill | 0.37 |
| 25030 2/10/2003 Billed Long Distance Telephone Charges | EXP  G:10712 | 5/1/2003 | Frank W. Miller Telephone  Expense UM.Cooper1 Pearlm | 1 | 18.31 | 18.31 |
| 24858 2/12/2003 Billed Photocopies | EXP  G:10712 | 5/1/2003 | Frank W. Miller Photocopies  Expens UM.Cooper1 Pearlm | 829 | 0.10 | 82.90 |

Slip Listing
Slip Listing

7/9/2003                                    The Law Firm of Frank W. Miller
10:43 AM
10:5.3.0                                         Slip Listing                              Page    30

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 24507<br>2/13/2003<br>Billed<br>Postage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 0.37<br><br>Do Not Bill | 0.37 |
| 25513<br>2/13/2003<br>Billed<br>Mileage. | EXP<br><br>G:10712 | <br><br>5/1/2003 | Byron J. Babione<br>Travel/mileage<br>UM.Cooper1 Pearlm | 180 | 0.345 | 62.10 |
| 24859<br>2/13/2003<br>Billed<br>Photocopies | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 14 | 0.10 | 1.40 |
| 24508<br>2/13/2003<br>Billed<br>Postage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 0.60<br><br>Do Not Bill | 1.20 |
| 25514<br>2/13/2003<br>Billed<br>Tolls. | EXP<br><br>G:10712 | <br><br>5/1/2003 | Byron J. Babione<br>Travel/mileage<br>UM.Cooper1 Pearlm | 1 | 1.85 | 1.85 |
| 24509<br>2/13/2003<br>Billed<br>Postage | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 0.83<br><br>Do Not Bill | 0.83 |
| 25515<br>2/13/2003<br>Billed<br>Tolls. | EXP<br><br>G:10712 | <br><br>5/1/2003 | Byron J. Babione<br>Travel/mileage<br>UM.Cooper1 Pearlm | 1 | 1.80 | 1.80 |

Slip Listing
Slip Listing

7/9/2003
10:43 AM
10:53:0
The Law Firm of Frank W. Miller

Slip Listing

Page   32

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|---|
| 26722<br>3/18/2003<br>Billed<br>Photocopies | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 2 | 0.10 | 0.20 |
| 26368<br>3/20/2003<br>Billed<br>Long Distance Telephone Charges | EXP<br><br>G:10712 | <br><br>5/1/2003 | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 2.04 | 2.04 |
| 27580<br>4/15/2003<br>WIP<br>Long Distance Telephone Charges | EXP | | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 0.16 | 0.16 |
| 27961<br>5/1/2003<br>WIP<br>Postage | EXP | | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 3 | 0.83<br><br>Do Not Bill | 2.49 |
| 28042<br>5/1/2003<br>WIP<br>Photocopies | EXP | | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 47 | 0.10 | 4.70 |
| 27960<br>5/1/2003<br>WIP<br>Postage | EXP | | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 0.37<br><br>Do Not Bill | 0.37 |
| 28615<br>5/20/2003<br>WIP<br>Long Distance Telephone Charges | EXP | | Frank W. Miller<br>Telephone  Expense<br>UM.Cooper1 Pearlm | 1 | 0.32 | 0.32 |

Slip Listing
Slip Listing

7/9/2003                              The Law Firm of Frank W. Miller
10:43 AM                                    Slip Listing                              Page    33
10:5.3:0

| Slip ID<br>Dates and Time<br>Posting Status<br>Description | | Timekeeper<br>Activity<br>Client<br>Reference | Units<br>DNB Time<br>Est. Time<br>Variance | Rate<br>Rate Info<br>Bill Status | Slip Value |
|---|---|---|---|---|---|
| 29570<br>6/7/2003<br>WIP<br>Fax | EXP | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 18 | 0.75<br><br>Do Not Bill | 13.50 |
| 29569<br>6/12/2003<br>WIP<br>Fax | EXP | Frank W. Miller<br>Facsimile<br>UM.Cooper1 Pearlm | 17 | 0.75<br><br>Do Not Bill | 12.75 |
| 29673<br>6/12/2003<br>WIP<br>Postage | EXP | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 2 | 1.06<br><br>Do Not Bill | 2.12 |
| 29674<br>6/12/2003<br>WIP<br>Postage | EXP | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 0.83<br><br>Do Not Bill | 0.83 |
| 29728<br>6/12/2003<br>WIP<br>Photocopies | EXP | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 99 | 0.10 | 9.90 |
| 29675<br>6/16/2003<br>WIP<br>Postage | EXP | Frank W. Miller<br>Postage Expense<br>UM.Cooper1 Pearlm | 1 | 0.83<br><br>Do Not Bill | 0.83 |
| 29729<br>6/16/2003<br>WIP<br>Photocopies | EXP | Frank W. Miller<br>Photocopies  Expens<br>UM.Cooper1 Pearlm | 16 | 0.10 | 1.60 |

Grand Total

                                          Billable            0.00                         1313.58

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**DAVID PEARLMAN,**

                              Plaintiff,                     **AFFIDAVIT OF SERVICE**

                                                            **Civil Action No.:**
                                                            **01-CV-0504**

        **v.**

**COOPERSTOWN CENTRAL SCHOOL DISTRICT**
**and MARY JO McPHAIL, Individually and in her capacity**
**as Superintendent of the Cooperstown Central School District,**

                              Defendants.

---

STATE OF NEW YORK      )
COUNTY OF ONONDAGA)  ss.:

        **PATRICIA A. WEEDEN**, being duly sworn, depose and say that I am not a party to this

action, am over 18 years of age and reside in Baldwinsville, New York.  That on the 11th day of July,

2003, I served the within **Bill of Costs** by mailing true copies to the following person, attorney for

Plaintiff, at the last known address set forth below:

                      **JAMES B. TUTTLE, ESQ.**
                  **The Law Offices of James B. Tuttle**
                         **634 Madison Avenue**
                       **Albany, New York 12208**

I deposited true copies of the same enclosed in a postpaid properly addressed wrapper, in an official

United States Postal Service depository under the exclusive care and custody of the United States

Postal Service within the State of New York.

Sworn to before me this
  11th day of July, 2003.                          _____
                                                           **Patricia A. Weeden**


_____
        **Notary Public**

          **BYRON J. BABIONE**
  **Notary Public, State Of New York**
         **No. 02BA6062661**
     **Qualified In Onondaga County**
  **Commission Expires August 13, 20 05**